** VOC TECH — RETIREMENT ** THE STATE BOARD OF VOCATIONAL AND TECHNICAL EDUCATION IS 'NOT' STATUTORILY AUTHORIZED TO ADOPT A MANDATORY RETIREMENT AGE FOR ITS EMPLOYEES. (RETIREMENT, FORCED RETIREMENT, RULES AND REGULATIONS, APPLICATION FOR RETIREMENT, FORM, TIME PERIODS, CONTRIBUTIONS) CITE: 70 O.S. 17-105 [70-17-105](1)(A), 70 O.S. 17-105 [70-17-105](1)(D), 70 O.S. 17-105 [70-17-105](8)(B) (JOHN PAUL JOHNSON)